UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JIMMY RECO WILLIAMS,

    Plaintiff

v.

BRANDON STUBBS, et al.,

    Defendants

Case No.: 3:20-cv-00508-MMD-CSD

**Order**

Re: ECF No. 24

    Plaintiff, who is a prisoner in custody of the Nevada Department of Corrections, has filed an application to proceed in forma pauperis (IFP) and second amended civil rights complaint (SAC) pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 23.) Chief District Judge Du screened the SAC and allowed Plaintiff to proceed with an Eighth Amendment excessive force claim against defendants Stubbs and Blonco, and a Fourteenth Amendment equal protection claim against defendant Blonco. (ECF No. 26.)

    Plaintiff has filed a motion for appointment of counsel citing his mental illnesses as justifying the appointment of counsel. (ECF No. 24.) Plaintiff's SAC also alleges that Plaintiff has suffered a traumatic brain injury.

    Within **14 days** of the date of this Order, the Attorney General's Office shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of responding to Plaintiff's motion for appointment of counsel. If the Attorney General's Office is willing to enter a limited notice of appearance, then also within **14 days** of the date of this Order, the Attorney General's Office shall file a response to Plaintiff's motion for appointment of counsel. The response shall address only Plaintiff's request for the appointment of counsel

because of his mental illnesses or traumatic brain injury. The Attorney General's Office shall file under seal any **relevant** medical and mental health records. Plaintiff may kite the warden's office to review any records filed under seal, and the Attorney General's Office shall ensure that Plaintiff is given a reasonable amount of time to review these records. Plaintiff will have **seven days** from the date he receives the response to file a reply brief. The court will then determine whether to hold a hearing.

The Clerk of Court shall electronically serve a copy of this Order, a copy of Plaintiff's SAC (ECF No. 23), a copy of the order screening the SAC (ECF No. 26), as well as a copy of Plaintiff's motion for appointment of counsel (ECF No. 24) on the Nevada Attorney General's Office by adding the Nevada Attorney General's Office to the docket sheet. This will not constitute a general appearance.

Plaintiff is advised that in the order screening the SAC, Chief District Judge Du stayed this action for 90 days to allow the parties to participate in the court's early mediation program. (ECF No. 26 at 8-9.) The stay is still in effect, and while the court has granted the parties leave to file briefing related to Plaintiff's motion for appointment of counsel, they shall not file any other documents with the court until the stay is lifted.

**IT IS SO ORDERED**.

Dated: February 1, 2022

_____
Craig S. Denney
United States Magistrate Judge